No. 01–7422.  PEGUERO-CARELA, AKA PEGUERO-RAMOS v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–7424.  LOTT v. BAGLEY.  C. A. 6th Cir.  Certiorari denied.

No. 01–7425.  BALTAZAR-LOPEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7429.  ORTEGA-DELGADO, AKA GARCIA, AKA DELGADO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7431.  PALOMINO-RIVERA v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7433.  KAYODE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 01–7434.  KING v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 01–7437.  RIDLEY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–7438.  SMITH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7439.  SALLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7440.  SANCHEZ-GARCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7441.  LAWSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7442.  JOHNSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7443.  SANCHEZ-RIVERA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7445.  COLEMAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7446.  DUINA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.